# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| **ALAN PETER DARCY,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 1:19-cv-00348-MR |
| | ) | 1:17-cr-00036-MR-WCM |
| vs. | ) | |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Respondent. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 11, 2021 Memorandum of Decision and Order.

January 11, 2021

Frank G. Johns, Clerk
United States District Court